UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JUDGE GARY S. KATZMAN

| | |
|---|---|
| TR INTERNATIONAL TRADING COMPANY, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> ) <br> DEFENDANT ) <br> ) | Court No. 19-cv-00217 <br><br> Order |

**ORDER**

Upon reading the consent motion of the plaintiff for designation of this action as a Test Case, and upon due deliberation, it hereby is:

ORDERED, that plaintiff's motion be, and hereby is, granted, and it is

ORDERED, that the actions listed on Exhibit A to plaintiff's motion, and hereby are suspended, and it is further

Ordered, that this Order be entered.

                                                    /S/      Gary S. Katzmann
                                                    Hon. Judge Gary S. Katzman

Dated: May 17, 2022
       New York, N.Y.