UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE JUDGE GARY S. KATZMANN

|  |  |
|---|---|
| TR INTERNATIONAL TRADING COMPANY ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Court No. 19-cv-00217 |
| ) | |
| UNITED STATES ) | |
| ) | |
| DEFENDANT. ) | |

**CONSENT MOTION FOR AMENDMENT OF SCHEDULING ORDER**

Pursuant to U.S. Court of International Trade ("USCIT") Rules 7 and 16, plaintiff, TR International Trading Company ("TRI"), submits this consent motion requesting that the Court amend the Scheduling Order. The current Scheduling Order calls for conclusion of discovery by May 31, 2024. This Motion requests an extension of one hundred eighty (180) days for that deadline, through and including November 27, 2024. Other deadlines specified in the current Scheduling Order would be similarly extended, with those falling on a weekend or holiday extended to the next business day. This is the fourth request for an amendment to the scheduling order to extend the period for fact discovery and other deadlines.

TRI submits that there is good cause for the requested amendment and extension of both the time period for completion of fact discovery and other deadlines. Undersigned counsel was substituted as counsel of record in place of TRI's previous counsel earlier this month, and is in the process of reviewing the issues in the case, including outstanding discovery matters.

However, counsel will require additional time to become familiar with the substantive and procedural questions posed in this litigation, including discovery-related ones. Counsel for both parties have consulted regarding possible remaining discovery issues, including issuance of additional discovery requests, depositions of Government and other witnesses, and resolution of any objections, including motions objecting to Defendant's assertions of privilege. They have agreed to continue those consultations in June 2024.

Moreover, both parties are seeking a mutual understanding regarding the procedures which may be required to conduct the deposition of a witness in India. Among other issues, they are considering the applicability thereto of the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters and any resultant procedural requirements. The requested extension of the discovery period will provide the parties with time to attempt resolution of this point.

For the foregoing reasons, Plaintiff respectfully requests that this Court amend the Scheduling Order in this matter extending the deadlines as provided in the proposed Order submitted herewith.

On May 23, 2024, counsel for Plaintiff, George W. Thompson, conferred with Marcella Powell, Esq., counsel for the Defendant, who indicated that the Government consents to the relief requested.

                                              Respectfully submitted,

                                              /s/ George W. Thompson
                                              George W. Thompson

                                              Thompson & Associates, PLLC
                                              1050 Connecticut Avenue, NW
                                              Suite 500
                                              Washington, DC 20036
                                              Tel: (202) 413-1564

                                              Attorney for Plaintiff, TR International Trading Company

Dated: May 28, 2024